# THE U.S. COURT OF APPEALS FOR THE FIRST CIRCUIT

Daniel E. Hall, Appellant,   )

    v.   )   Appeal Case # 22-1948

Twitter Inc., Appellee.   )

_____

## APPELLANT'S NOTICE TO WITHDRAW NOTICE OF APPEAL

Appellant filed a "Notice of Appeal" with the United States District Court District of New Hampshire on December 1, 2022. As of the date of this notice, Appellant does not wish to proceed any further with regards to this Notice of Appeal, and instead will be contemporaneously filing a Writ of Mandamus with the Appeals Court.

Respectfully,

/s/ Daniel E. Hall
Aka, Sensa Verogna
SensaVerogna@gmail.com

## CERTIFICATE OF SERVICE

I, Daniel E. Hall, certify that on this date I electronically filed the foregoing document using the CM/ECF system, which sent notification of such filing to the Defendant, through its attorneys of record to Jonathan M. Eck jeck@orr-reno.com and Julie E. Schwartz, Esq., JSchwartz@perkinscoie.com and interested party Indraneel Sur, Lead Attorney. U.S. DOJ, indraneel.sur@usdoj.gov

Dated: December 20, 2022   /s/ Daniel E. Hall
Pro Se Petitioner