# United States Court of Appeals
## For the First Circuit

No. 22-1948

DANIEL E. HALL, a/k/a Sensa Verogna,

Plaintiff - Appellant,

v.

TWITTER, INC.,

Defendant - Appellee.

**JUDGMENT**

Entered: January 4, 2023
Pursuant to 1st Cir. R. 27.0(d)

    Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(2).

    Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Daniel E. Hall
Jonathan Mark Eck
Julie E. Schwartz
Hayden M. Schottlaender
Seth R. Aframe
Indraneel Sur